**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN STRACK, | No. CIV S-07-0832-LKK-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| ROSANNE CAMBELL, et al., | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On December 14, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

1         Accordingly, IT IS HEREBY ORDERED that:

2         1.     The findings and recommendations filed December 14, 2007 (Doc. 11),

3 are adopted in full;

4         2.     Respondent's motion to dismiss is denied;

5         3.     Respondent is ordered to file an answer to the petition within 30 days; and

6         4.     This matter is referred back to the magistrate judge for further

7 proceedings.

8     DATED: February 25, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT