IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN STRACK,**<br><br>                                    Petitioner,<br><br>         v.<br><br>**ROSANNE CAMPBELL,**<br><br>                                    Respondent. | 2:07-cv-00832-LKK-CMK-P<br><br>**ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME TO FILE ANSWER** |

FOR GOOD CAUSE SHOWN, Respondent is granted a thirty-day extension of time, to and including April 28, 2008, within which to file the Answer.

DATED:  March 26, 2008

                                                                            /s/ Craig M. Kellison
                                                                            **CRAIG M. KELLISON**
                                                                            UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1