IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN STRACK,                              No. CIV S-07-0832-LKK-CMK-P

    Petitioner,

  vs.                                             ORDER

ROSANNE CAMBELL, et al.,

    Respondent.

_____/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has requested that this action be dismissed (doc. 18).

    Accordingly, IT IS HEREBY ORDERED that respondent shall notify this court, within ten days, whether she has any objection to the dismissal of this action.  Should respondent fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).  See Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: May 14, 2008

                                                              **CRAIG M. KELLISON**
                                                              UNITED STATES MAGISTRATE JUDGE